835 A.2d 707

EAGLE ENVIRONMENTAL II, L.P., Petitioner,

v.

COMMONWEALTH of Pennsylvania, Department of Environmental Protection and Chest Township, Respondents.

Supreme Court of Pennsylvania.

Nov. 12, 2003.

*ORDER*

PER CURIAM.

**AND NOW,** this 12th day of November, 2003, the Petition for Allowance of Appeal is granted. It is further ordered that the matter be CONSOLIDATED with *Tri–County Industries, Inc., et al. v. Department of Environmental Protection,* No. 179 MAL 2003, 575 Pa. 163, 164, 835 A.2d 706, 2003 WL 22681332.